UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KDB Capital Corporation,

                      Plaintiff,

  -against-

Ocean Quest Marine Co., et al.,

                     Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 29, 2009
```

08 Civ. 11073 (PAC)
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since December 19, 2008, and there having been no activity in this case since March 27, 2009, it is,

ORDERED, that the above-entitled action is hereby DISMISSED without costs. The Maritime Attachment Order issued on January 5, 2009 is vacated. The Clerk of Court is directed to close out this case.

Dated: New York, New York
       July 29, 2009

SO ORDERED

*[signature]*
PAUL A. CROTTY
United States District Judge

1